**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00889-CR

**ISAAC JOHN RUSSELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-81954-2013**

## ORDER

By letter dated October 2, 2013, the Court notified the trial court judge that none of the boxes is checked on the certification of appellant's right to appeal. We asked the trial court to review the record and file, within ten days, a certification that accurately reflects the trial court proceedings. To date, we have not received the completed certification. Texas Rule of Appellate Procedure 25.2 requires the trial court to prepare a certification in every case in which the defendant is appealing. *See* Tex. R. App. P. 25.2(a), (d), *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

Accordingly, we **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, a completed certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jay Bender, Presiding Judge, County Court at Law No. 6, and to counsel for all parties.

/s/     DAVID EVANS
            JUSTICE